# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JULIE GRIESINGER,

    Plaintiff,

v.

UNIVERSITY OF CINCINNATI,
    Defendant(s).

Case No. 1:13-cv-808

Litkovitz, M.J. - **Consent Case**

**ORDER**

The Court, having been advised that after settlement negotiations that the parties have reached a settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice. It is provided that any of the parties may, upon good cause shown within thirty (30) days from the date of this Order reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 9/30/16

Karen L. Litkovitz
United States Magistrate Judge